## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**ROBERT ANTONUCCI, et al.**                                                      **PLAINTIFFS**

**v.**                                                  **CAUSE NO. 1:11CV23-LG-RHW**

**FREEMAN HOMEBUILDERS, LLC, et al.**                           **DEFENDANTS**

### <u>DEFAULT JUDGMENT</u>

This matter having come on to be heard on the Motion for Default Judgment as to B. J. Freeman [73], the Motion for Default Judgment as to Freeman Home Builders, LLC, [74], and the Motion for Default Judgment as to Lot & Land Acquisition, LLC, [75] filed by the plaintiffs, the Court, after a full review and consideration of the plaintiffs' Motions, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herein,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs are granted a default judgment against B. J. Freeman, Freeman Home Builders, LLC, Lot & Land Acquisition, LLC, jointly and severally, in the amount of $1,383,500.00.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the plaintiffs are entitled to recover their costs from these defendants pursuant to Fed. R. Civ. P. 54(d)(1).

**SO ORDERED AND ADJUDGED** this the 7th day of March, 2014.


_s/ Louis Guirola, Jr._
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE